United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797



FILED

AUG 0 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-0294 |
|---|---|
| Plaintiff, | ) ORDER TO SEAL |
| v. | ) (Under Seal) |
| BART WAYNE VOLEN, GREGORY SCOTT BAKER, and DARRELL PATRICK HINZ, | ) |
| Defendants. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael M. Beckwith to seal the indictment, and this Order, in the above-referenced case, shall be sealed until until further order of this Court.

DATED: August 9, 2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge