

FILED
AUG 0 9 2012
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> SEALED, ) <br> ) <br>     Defendants. ) <br> _____ ) | 2:12 - CR . 0 2 9 4 MCE |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of this Court.

DATED: August 9, 2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge

4