BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2797





FILED

AUG 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BART WAYNE VOLEN <br> GREGORY SCOTT BAKER, and <br> DARRELL PATRICK HINZ, <br><br> Defendants. | Case No.  CR S 2:12-0294 MCE <br><br> APPLICATION TO UNSEAL ARREST WARRANT, INDICTMENT, PETITION TO SEAL, ORDER AND SEALING ORDER; [PROPOSED] ORDER |

APPLICATION

On August 9, 2012, this Court issued three arrest warrants, a petition to seal, order, and sealing order for the captioned matter.  The court sealed these documents as well as the indictment in this case.  Since defendant Bart Wayne Volen has been arrested it is no longer necessary for the case to be sealed.

///

1  The Government respectfully requests that the arrest warrants,
2  indictment, petition to seal, order, sealing order, and any other
3  documents sealed pursuant to the Court's August 9, 2012, order be
4  unsealed.

7  DATED: August 17, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: _____
MICHAEL M. BECKWITH
Assistant U.S. Attorney

**ORDER**

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrants, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's August 9, 2012, order for the captioned matter be UNSEALED.

Date: August 17, 2012

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
United States Magistrate

3