**FILED**

August 20, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
v. )
)
GREGORY SCOTT BAKER, )
)
        Defendant. )

Case No. 2:12-CR-00294-MCE-2

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release GREGORY SCOTT BAKER, Case No. 2:12-CR-00294-MCE-2, Charge Title 18 U.S.C. § 1349, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____    Release on Personal Recognizance

✔    Bail Posted in the Sum of $ 100,000 (secured by real property)

    ✔    Unsecured Appearance Bond $100,000 co-signed in the interim

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    ✔    (Other)        With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 20, 2012 at 2:42 pm .

By _____
Dale A. Drozd
United States Magistrate Judge