**FILED**
August 20, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 2:12-CR-00294-MCE-2 |
|                                  ) | |
|         Plaintiff,               ) | |
| v.                               ) | ORDER FOR RELEASE OF |
|                                  ) | PERSON IN CUSTODY |
| GREGORY SCOTT BAKER,             ) | |
|                                  ) | |
|         Defendant.               ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release GREGORY SCOTT BAKER, Case No. 2:12-CR-00294-MCE-2, Charge Title 18 U.S.C. § 1349, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___    Release on Personal Recognizance

   ✔    Bail Posted in the Sum of $ 100,000 (secured by real property)

       ✔    Unsecured Appearance Bond $100,000 co-signed in the interim

       ___    Appearance Bond with 10% Deposit

       ___    Appearance Bond with Surety

       ___    Corporate Surety Bail Bond

       ✔    (Other)        With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 20, 2012  at  2:42  pm.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge