THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Gregory S. Baker

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>BART WAYNE VOLEN,<br>GREGORY SCOTT BAKER, and<br>DARRELL PATRICK HINZ,<br>      Defendants. | Case No.: 2:12-cr-00294-MCE<br><br>STIPULATION AND ORDER REQUESTING AN EXTENSION OF TIME TO SUBMIT PROPERTY BOND |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the deadline to post property for the secured bond is extended to September 6, 2012. On August 20, 2012, Gregory S. Baker, was arraigned on the above-entitled case before the Honorable Dale A. Drozd. Mr. Baker was ordered released on a $100,000 secured by the posting of property owned by Mr. Baker's sister, Audra Baker. The Court requested the posting of property be completed by September 4, 2012.

Audra Baker was out of state during the week of August 20, 2012 on a business trip. Therefore, Defendant is requesting additional time to submit the property bond and requests that the deadline to post the property is extended to September 6, 2012. Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

- 2 -

DATED:  September 4, 2012          By:     /s/ Thomas A. Johnson
                                           THOMAS A. JOHNSON
                                           Attorney for Defendant
                                           GREGORY S. BAKER


DATED:  September 4, 2012                  BENJAMIN WAGNER
                                           United States Attorney

                                    By:    /s/ Thomas A. Johnson for
                                           MICHAEL BECKWITH
                                           Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: September 5, 2012

                                           /s/ Gregory G. Hollows
                                           _____
                                           HON. GREGORY G. HOLLOWS
                                           United States Magistrate Court Judge