THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Gregory S. Baker

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>BART WAYNE VOLEN,<br>GREGORY SCOTT BAKER, and<br>DARRELL PATRICK HINZ,<br>      Defendants. | Case No.: 2:12-cr-00294-MCE<br><br>STIPULATION AND ORDER REQUESTING AN EXTENSION OF TIME TO SUBMIT PROPERTY BOND |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the deadline to post property for the secured bond is extended to September 14, 2012. On August 20, 2012, Gregory S. Baker, was arraigned on the above-entitled case before the Honorable Dale A. Drozd. Mr. Baker was ordered released on a $100,000 secured by the posting of property owned by Mr. Baker's sister, Audra Baker. The Court requested the posting of property be completed by September 4, 2012. An extension was granted until September 6, 2012. However, Mr. Beckwith is currently in trial before the Honorable William B. Shubb and needs additional time to review and approve the documents. Therefore, Defendant is requesting additional time to submit the property bond and requests that the deadline to post the property is extended to September 14, 2012. Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

1  **IT IS SO STIPULATED.**

2

3  DATED: September 6, 2012                 By:   /s/ Thomas A. Johnson
                                                  THOMAS A. JOHNSON
4                                                 Attorney for Defendant
                                                  GREGORY S. BAKER
5

6

7  DATED: September 6, 2012                       BENJAMIN WAGNER
                                                  United States Attorney
8
                                            By:   /s/ Thomas A. Johnson for
9                                                 MICHAEL BECKWITH
                                                  Assistant United States Attorney
10

11 **IT IS SO ORDERED.**

12 DATED: September 7, 2012

13                                                /s/ Gregory G. Hollows
                                           _____
14                                          HON. GREGORY G. HOLLOWS
                                            United States Magistrate Court Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28