```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CR S-2:12-0294 MCE
                                )
12             Plaintiff,       )  STIPULATION AND ORDER
                                )  RESETTING STATUS CONFERENCE,
13        v.                    )  AND EXCLUDING TIME UNDER THE
                                )  SPEEDY TRIAL ACT
14  BART WAYNE VOLEN,           )
    GREGORY SCOTT BAKER, and    )
15  DARRELL PATRICK HINZ,       )
                                )
16                              )
               Defendants.      )
17  _____)
```

18       The United States of America, through its counsels of record,
19  Benjamin B. Wagner, United States Attorney for the Eastern District
20  of California, and Michael M. Beckwith, Assistant United States
21  Attorney, defendant Bart Wayne Volen, through his counsel of record,
22  Matthew G. Jacobs, defendant Gregory Scott Baker, through his
23  counsel of record, Thomas A. Johnson, and defendant Darrell Patrick
24  Hinz, through his counsel of record, William J. Portanova, hereby
25  stipulate and agree that the status conference set for September 20,
26  2012, be continued to November 1, 2012, and stipulate that the time
27  beginning September 20, 2012, and extending through November 1,
28  2012, should be excluded from the calculation of time under the

1

1  Speedy Trial Act.  The parties submit that the ends of justice are
2  served by the Court excluding such time, so that counsel for each
3  defendant may have reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence.
5  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  Also, the parties
6  agree that, due to the nature of the prosecution and the associated
7  civil forfeiture action, this is a complex case for which the
8  parties cannot prepare without additional time.  18 U.S.C. §
9  3161(h)(7)(B)(ii); Local Code T2

10     The attorneys for each defendant need more time to prepare,
11 which will include reviewing discovery, discussing that discovery
12 with their respective clients, considering evidence that may affect
13 the disposition of this case, conducting necessary research and
14 investigation, and then discussing with their clients how to
15 proceed.  The parties stipulate and agree that the interests of
16 justice served by granting this continuance outweigh the best
17 interests of the public and the defendants in a speedy trial.  18
18 U.S.C. § 3161(h)(7)(B)(iv) and (B)(ii).
19 IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: September 20, 2012     By:  /s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

Dated: September 20, 2012     By:  /s/ Matthew G. Jacobs
                                   MATTHEW G. JACOBS
                                   Attorney for Defendant
                                   BART WAYNE VOLEN
26 ///
27 ///
28 ///

2

Dated: September 20, 2012     By: /s/ Thomas A. Johnson
                                  THOMAS A. JOHNSON
                                  Attorney for Defendant
                                  GREGORY SCOTT BAKER

Dated: September 20, 2012     By: /s/ William J. Portanova
                                  WILLIAM J. PORTANOVA
                                  Attorney for Defendant
                                  DARRELL PATRICK HINZ

**ORDER**

UPON GOOD CAUSE, as shown in the parties stipulation, it is hereby ordered that this matter be set for further status conference on November 1, 2012. Pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and (B)(ii), the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The Court also finds that the time beginning September 20, 2012, and extending through November 1, 2012, shall be excluded from the calculation of time under the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: September 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE