```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-2:12-0294 MCE |
| Plaintiff, ) | STIPULATION AND ORDER RESETTING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| BART WAYNE VOLEN, GREGORY SCOTT BAKER, and DARRELL PATRICK HINZ, ) | |
| Defendants. ) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Bart Wayne Volen, through his counsel of record, Matthew G. Jacobs, defendant Gregory Scott Baker, through his counsel of record, Thomas A. Johnson, and defendant Darrell Patrick Hinz, through his counsel of record, William J. Portanova, hereby stipulate and agree that the status conference set for November 1, 2012, be continued to January 17, 2013, and stipulate that the time beginning November 1, 2012, and extending through January 17, 2013,

1

should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The attorneys for each defendant need more time to prepare, which will include reviewing discovery, discussing that discovery with their respective clients, considering new evidence that may affect the disposition of this case, conducting necessary research and investigation and then discussing with their clients how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §  3161(h)(7)(B)(iv) and (B)(ii).

IT IS SO STIPULATED.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: October 30, 2012        By: /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

Dated: October 30, 2012        By: /s/ Matthew G. Jacobs
                                        MATTHEW G. JACOBS
                                        Attorney for Defendant
                                        BART WAYNE VOLEN

Dated: October 30, 2012        By: /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant
                                        GREGORY SCOTT BAKER

Dated: October 30, 2012        By: /s/ William J. Portanova
                                        WILLIAM J. PORTANOVA
                                        Attorney for Defendant
                                        DARRELL PATRICK HINZ

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference on January 17, 2013 at 9:00 a.m. in Courtroom No. 7.

The Court finds excludable time as set forth above to and including January 17, 2013.

**IT IS SO ORDERED.**

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE