THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Gregory S. Baker

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>BART WAYNE VOLEN,<br>GREGORY SCOTT BAKER, and<br>DARRELL PATRICK HINZ,<br><br>Defendants. | Case No.: 2:12-cr-00294-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

Plaintiff, United States of America, by and through its counsel of record, Michael Beckwith, defendant Bart Wayne Volen, through his counsel of record, Matthew G. Jacobs, defendant Gregory Scott Baker, through his counsel of record, Thomas A. Johnson, and defendant Darrell Patrick Hinz, through his counsel of record, William J. Portanova, hereby stipulate and agree that the status conference set for January 10, 2013, be continued to March 7, 2013, and stipulate that the time beginning January 10, 2013, and extending through March 7, 2013, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

To date, the defendants have been provided with approximately 12,000 pages of discovery.  The government is in the process of preparing another set of discovery to

distribute to the defendants.  Therefore, the attorneys for each defendant need more time to prepare which will include reviewing discovery, discussing that discovery with their respective clients, considering new evidence that may affect the disposition of this case, conducting necessary research and investigation and then discussing with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and (B)(ii).

**IT IS SO STIPULATED.**

DATED:  January 8, 2013
/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
GREGORY SCOTT BAKER

DATED:  January 8, 2013
BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Thomas A. Johnson for
MICHAEL BECKWITH
Assistant U.S. Attorney

DATED:  January 8, 2013

By:  /s/ Thomas A. Johnson for
MATTHEW JACOBS
Attorney for Defendant
BART WAYNE VOLEN

DATED:  January 8, 2013

By:  /s/ Thomas A. Johnson for
WILLIAM J. PORTANOVA
Attorney for Defendant
DARRELL PATRICK HINZ

**ORDER**

**IT IS SO ORDERED.**
Dated:  January 9, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

U.S.A. v. Volen, et al, Case No.: 2:12-cr-00294-MCE

2