MATTHEW G. JACOBS (SBN 122066)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

Attorneys for Defendant
BART WAYNE VOLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BART WAYNE VOLEN, GREGORY SCOTT BAKER, and DARRELL PATRICK HINZ,<br><br>Defendants. | CASE NO.  2:12-cr-00294-MCE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER THEREON** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED between the defendants and the United States of America, by and through their undersigned counsel, that the status conference currently set for March 7, 2013 at 9:00 a.m, should be continued to May 9, 2013 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded during that period.

The reason for the continuance is that the government recently produced approximately 24,000 pages of discovery to the defense (in addition to its initial production of approximately 12,000 pages), and anticipates producing and/or making available many more thousands of pages of discovery.  Counsel for each defendant needs more time to review the discovery, discuss additional discovery with the government, research a number of issues, and discuss those matters with his client.  In addition, counsel for Mr. Volen has recently submitted a comprehensive discovery request to the government which the government needs to evaluate and respond to.

-1-

Moreover, on November 1, 2012, counsel for Mr. Baker filed a motion for authorization of service of a subpoena pursuant to Rule 17(c), and that motion is currently set for hearing on March 21, 2013.

The parties therefore stipulate that the requested continuance should be granted to provide counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), and for the pendency of Mr. Baker's discovery motion, pursuant to 18 U.S.C. § 3161(h)(1)(D).  The parties further stipulate that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

The undersigned counsel for the other parties have authorized Mr. Jacobs to sign this stipulation for them.

Dated:  March 5, 2013

/s/ Matthew G. Jacobs
MATTHEW G. JACOBS
Attorney for Defendant
BART WAYNE VOLEN

Dated:  March 5, 2013

/s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney

Dated:  March 5, 2013

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
GREGORY SCOTT BAKER

Dated:  March 5, 2013

/s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant
DARRELL PATRICK HINZ

DLA Piper LLP (US)
Sacramento

**ORDER**

The status conference currently set for March 7, 2013 at 9:00 a.m, should be continued to May 9, 2013 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded during that period.

IT IS SO ORDERED.

Dated: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

DLA Piper LLP (US)
Sacramento