BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:     (916) 554-2709
Facsimile:     (916) 554-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-00294-TLN |
|---|---|---|
| Plaintiff, | ) | **AMENDED** ORDER CONTINUING STATUS CONFERENCE AND FINDINGS REGARDING EXCLUDABLE TIME PURSUANT TO SPEEDY TRIAL ACT |
| v. | ) | |
| BART WAYNE VOLEN, GREGORY SCOTT BAKER, and DARRELL PATRICK HINZ, | ) | STATUS CONFERENCE: December 5, 2013 |
| Defendants. | ) | |

On August 6, the parties requested an exclusion of time Pursuant to the Speedy Trial Act, citing the complexity of the case (Local Code T2), the need for additional time to prepare (Local Code T4), and the need to review over roughly 35,000 pages of additional discovery (Local Code T4).

The Court has considered the parties' stipulation and, based on the filings in the case to date, finds that this case is complex in nature.  It involves various fraud, tax, and money laundering charges, as well as numerous civil forfeiture claims.

The Court hereby finds that the stipulation, which this Court incorporates by reference into this Order, demonstrated facts that

support a continuance of the status conference date, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation. THEREFORE, FOR GOOD CAUSE SHOWN:

1. The status conference is continued to December 5, 2013, 9:30 a.m..

2. The time period of August 8, 2013 to December 5, 2013, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv) (Local Code T4), and (h)(7)(B)(ii) (Local Code T2).

3. Defendants shall appear in this Court on December 5, 2013, unless a waiver of personal appearance has been filed with the court.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. The same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

Dated:   August 6, 2013

Troy L. Nunley
United States District Judge

2