THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Gregory Baker

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00294-TLN |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY THE CONDITIONS OF PRE-TRIAL RELEASE AND REQUEST FOR ORDER TEMPORARILY EXONERATING THE BOND |
| vs. | |
| GREGORY BAKER, | |
| Defendant. | |

**REQUEST TO TEMPORARILY EXONERATE THE BOND
FOR THE KARL DRIVE PROPERTY**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the $100,000 appearance bond is to be modified.  In August of 2012, Mr. Baker's sister, Audra Baker, posted two properties to satisfy the $100,000 property bond: one, a property located at 3624 Karl Drive in North Highlands, California, 95660, and the other, a property located at 426 Winterhaven Avenue in Sacramento, California, 95833.

Since the property bonds were posted, the values of the properties have increased. The Karl Drive property does have a mortgage and Ms. Baker would like to refinance this property.  However, the property cannot be refinanced since it has a property bond lien. Therefore, because the current value of the Winterhaven property is appraised at $125,000, Ms. Baker would like to request that the bond for the Karl Drive property be

1  exonerated temporarily.  The parties agree that the Karl Drive property will be re-posted
2  on the appearance bond within 60 days after it is exonerated.  This should be sufficient
3  time to allow the property to be refinanced.
4      Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson,
5  Defendant's attorney, both agree to this property bond modification. The Pretrial Services
6  Officer does not object to the modification of the property bond and the temporary
7  exoneration of the bond for the Karl Drive property.  All other previously ordered
8  conditions of release remain in full force and effect.  Therefore, it is hereby requested that
9  the secured appearance bond be temporarily exonerated for the property at 3624 Karl
10 Drive in Sacramento, California, 95660 and that the Clerk of the District Court be
11 directed to re-convey the property to the sureties, Audra Baker and Laine Kellener.

DATED:  April 15, 2014          Respectfully submitted,

                                /s/ Thomas A. Johnson
                                THOMAS A. JOHNSON
                                Attorney for Gregory Baker

DATED:  April 15, 2014          Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Thomas A. Johnson for
                                MICHAEL BECKWITH
                                Assistant United States Attorney

## ORDER

**IT IS SO ORDERED** that the appearance bond secured by Deeds of Trust against the real property of Audra Baker and Laine Kellener located at 3624 Karl Drive in North Highlands, California is hereby temporarily exonerated. The property will be re-posted within 60 days after this exoneration.

Dated: April 16, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

- 3 -