BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-294-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING TRIAL DATE AND MAKING FINDINGS REGARDING EXCLUDABLE TIME PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| GREGORY SCOTT BAKER AND DARRELL PATRICK HINZ, | |
| Defendants. | |

On September 25, 2014, the parties in the above-captioned action appeared before the Court for a trial confirmation hearing/status conference.

The Court continued the trial date in this case from October 20, 2014 to March 2, 2015 and excluded time under the Speedy Trial Act from September 25, 2014 to March 2, 2015 pursuant to Local Codes T2 (complexity) and T4 (defense reasonable time to prepare).

As the Court is aware, it has previously concluded that this case is complex in nature. It involves various fraud, tax, and money

STIPULATION AND ORDER CONTINUING TRIAL AND
MAKING EXCLUDABLE TIME FINDINGS

1

1 laundering charges, as well as numerous civil forfeiture claims.
2 Well over 200,000 documents have been produced in discovery.
3      As to both complexity and time to prepare, the parties stipulate
4 that within 3 months of the September 25, 2014 hearing, the United
5 States produced to each defendant tax returns, Quickbook files, and
6 CPA notes for Darrell Hinz; Quickbook files for Bart Volen; tax
7 documents for Bart Volen, Greg Baker, and a witness the government
8 intends to call at trial; tax calculations by a government expert;
9 and miscellaneous memoranda of interviews.  In addition, on
10 approximately September 2, 2014, the government produced to each
11 defendant a single hard drive which contained (1) an image of an
12 external hard drive that belonged to a witness that the government
13 intends to call at trial, and (2) the image of a laptop computer that
14 belonged to another witness that the government intends to call at
15 trial.  The two images together on the single hard drive amount to
16 approximately 140 gigabytes of information.  The defense needs time
17 to review that and the other material referred to above.
18      The parties further stipulate that the foregoing facts support a
19 continuance of the trial and provide good cause for a finding of
20 excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
21 The parties also stipulate that failure to grant the continuance
22 would unreasonably deny defense counsel the reasonable time necessary
23 for effective preparation, and the ends of justice served by a
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND ORDER CONTINUING TRIAL AND
MAKING EXCLUDABLE TIME FINDINGS

2

1 continuance outweigh the best interests of the public and the
2 defendants in a speedy trial.
3     Mr. Portanova and Mr. Johnson have authorized Assistant U.S.
4 Attorney Vincent to sign this stipulation for them.
5     IT IS SO STIPULATED.

6
7 DATED: October _14_, 2014           /s/ John K. Vincent for _
                                     WILLIAM PORTANOVA
8                                    Attorney for Darrell Hinz
9

10 DATED: October _14_, 2014          /s/ John K. Vincent for _
                                     THOMAS A. JOHNSON
11                                   Attorney for Gregory Baker
12

13
   DATED: OCTOBER _14_, 2014         /s/ John K. Vincent_____
14                                   JOHN K. VINCENT
                                     Assistant U.S. Attorney
15

16

17                                ORDER

18     For the reasons set forth above, the Court finds that there is
19 GOOD CAUSE for continuing the trial date in this matter and for
20 excluding the time between September 25, 2014 to March 2, 2015 under
21 the Speedy Trial Act, Title 18, United States Code, Sections
22 3161(h)(7)(B)(ii)(complexity, Local Code T2) and 3161(h)(7)(B)(iv)
23 (defense time to prepare, Local Code T4).  The Court further finds
24 that the ends of justice served by granting this continuance outweigh
25
26 the best interests of the public and the defendants in a speedy
27 ///
28 ///

STIPULATION AND ORDER CONTINUING TRIAL AND           3
MAKING EXCLUDABLE TIME FINDINGS

trial. Title 18, United States Code, Section 3161(h)(7)(A).  This matter is set for trial on March 2, 2015 at 9:30 am.

IT IS SO ORDERED.

Dated:  October 15, 2014

*[signature]*

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER CONTINUING TRIAL AND MAKING EXCLUDABLE TIME FINDINGS

4