THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorneys for Gregory Baker

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:12-cr-00294-TLN |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO MODIFY THE |
| vs. | ) CONDITIONS OF PRE-TRIAL RELEASE AND REQUEST FOR ORDER |
| GREGORY BAKER, | ) EXONERATING THE BOND |
| Defendant. | ) |

**REQUEST TO EXONERATE THE BOND**
**FOR THE KARL DRIVE PROPERTY**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the $100,000 appearance bond is to be modified. In August of 2012, Mr. Baker's sister, Audra Baker, posted two properties to satisfy the $100,000 property bond: one, a property located at 3624 Karl Drive in Sacramento, California, 95660, and the other, a property located at 426 Winterhaven Avenue in Sacramento, California, 95833.

Since the property bonds were posted, the values of the properties have increased. The Karl Drive property does have a mortgage and Ms. Baker would like to sell this property. Therefore, because the current value of the Winterhaven property is appraised at $125,000, Ms. Baker would like to request that the bond for the Karl Drive property be exonerated.

- 1 -

1  Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson,
2  Defendant's attorney, both agree to this property bond modification. All other previously
3  ordered conditions of release remain in full force and effect.  Therefore, it is hereby
4  requested that the secured appearance bond be temporarily exonerated for the property at
5  3624 Karl Drive in Sacramento, California, 95660 and that the Clerk of the District Court
6  be directed to re-convey the property to the sureties, Audra Baker and Laine Kellener.

DATED:  September 25, 2015         Respectfully submitted,

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Gregory Baker

DATED:  September 25, 2015         Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Thomas A. Johnson for
MICHAEL BECKWITH
Assistant United States Attorney

# **ORDER**

**IT IS SO ORDERED** that the appearance bond secured by Deeds of Trust against the real property of Audra Baker and Laine Kellener located at 3624 Karl Drive in Sacramento, California is hereby exonerated. The Clerk of the Court is directed to re-convey the property back to the owners.

Dated: September 25, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE