BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-294-TLN |
|---|---|
| Plaintiff, | **GOVERNMENT'S MOTION TO UNSEAL PLEA AGREEEMENT AND ORDER** |
| v. | |
| DARRELL P. HINZ AND GREGORY S. BAKER, | |
| Defendants. | |

    At the close of the change of plea hearing for defendant Gregory S. Baker on November 5, 2015, the Court sealed the defendant's plea agreement at the request of the government.  Upon reflection, the United States withdraws that request and moves to unseal the plea agreement.  The undersigned has spoken to defense counsel, Thomas Johnson, Esq., and neither he nor his client opposes the unsealing of

///

///

the plea agreement.

DATED: November 9, 2015

                                             BENAJMIN B. WAGNER
                                             United States Attorney

                                             /s/ John K. Vincent
                                             JOHN K. VINCENT
                                             Assistant U.S. Attorney

## O R D E R

In light of the government's instant motion and the non-opposition to the motion by defendant Gregory S. Baker, IT IS HEREBY ORDERED that defendant Gregory S. Baker's plea agreement is unsealed.

IT IS SO ORDERED.

Dated:  November 10, 2015

                                          Troy L. Nunley
                                          United States District Judge