1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL M. BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              CASE NO. 2:12-CR-0294-TLN

12 |                Plaintiff,               ORDER REGARDING RESTITUTION

13 |         v.

14 | GREGORY SCOTT BAKER,

15 |                Defendant.

16

17         Upon application of the parties, and pursuant to their stipulation, IT IS ORDERED

18 that the judgment in case number 2:12-CR-0294-TLN be amended to reflect the following

19 information regarding restitution:

20         1. The defendant, Gregory Scott Baker, shall pay $509,296 in restitution to the

21            U.S. Department of Treasury, Internal Revenue Service ("IRS").

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2. Restitution payments shall be made to Department of Treasury, Internal Revenue Service, located at 333 West Pershing Road, Kansas City, Missouri 64108 (ATTN: MS 6261 "Restitution").

Dated: August 8, 2016

_____
Troy L. Nunley
United States District Judge