THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Gregory Baker

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: 2:12-cr-00294-TLN |
| ) | |
| Plaintiff,   ) | ORDER FOR EXONERATING THE |
| ) | BOND |
| vs.   ) | |
| ) | |
| GREGORY BAKER,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

**REQUEST TO EXONERATE THE BOND
FOR THE WINTERHAVEN DRIVE PROPERTY**

In August of 2012, Mr. Baker's sister, Audra Baker, posted two properties to satisfy the $100,000 property bond: one, a property located at 3624 Karl Drive in Sacramento, California, 95660, and the other, a property located at 426 Winterhaven Avenue in Sacramento, California, 95833.  Since the property bonds were posted, the values of the properties increased and the Karl Drive property was exonerated in September of 2015.

On May 26, 2016, Defendant, Gregory Baker, was sentenced.  On August 2, 2016, Mr. Baker turned himself into the Bureau of Prison. Therefore, it is hereby requested that the secured appearance bond be exonerated for the property at 426 Winterhaven Avenue

in Sacramento, California, 95833, and that the Clerk of the District Court be directed to re-convey the property to the sureties, Audra Baker and Laine Kellener.

DATED:  August 4, 2016                    Respectfully submitted,

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Gregory Baker

## ORDER

**IT IS SO ORDERED** that the appearance bond secured by a Deed of Trust against the real property of Audra Baker and Laine Kellener located at 426 Winterhaven Avenue in Sacramento, California, 95833, is hereby exonerated. The Clerk of the Court is directed to re-convey the property back to the owners.

Dated: August 8, 2016

_____
Troy L. Nunley
United States District Judge